AO 245A (Rev. 7/87) Judgment of Acquittal

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 21 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## Eastern District of Arkansas

**UNITED STATES OF AMERICA**

v.

AARON SADLER

JUDGMENT OF ACQUITTAL

CASE NUMBER:   4:09CR00325-01-BRW

    The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Not Guilty and Count 1s and Count 2s

_____
Signature of Judicial Officer

Billy Roy Wilson - District Judge
Name and Title of Judicial Officer

1/21/2011
Date